UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANTE R. VOSS,

        Plaintiff,

V.                            Case No. 19-CV-790

Kevin A. Carr,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Dante R. Voss, pro se, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 13th day of March, 2020.

Respectfully submitted,

Dante Voss
#347294
Oshkosh Corr. Inst.
P.O. Box 3310
Oshkosh, WI 54903

Exhibit A

April 18, 2020

Peter Oppeneer, Clerk
United States District Court
Western District of Wisconsin
120 N. Henry St., Rm. 320
Madison, WI 53702

RE: Dante R. Voss v. Kevin A. Carr    Case No. 19-CV-790

Dear Mr. Oppeneer:

Enclosed for filing in the above-entitled matter please find Plaintiff's Notice of Appeal and Declaration of Inmate Filing. In addition, please send me a copy of the Motion for Permission to Appeal In Forma Pauperis and Affidavit supporting said motion so I can fill them out and get them back to the Court.

Thank you for your attention in this matter.

Sincerely,

Dante Voss
#347294
Oshkosh Corr. Inst.
P.O. Box 3310
Oshkosh, WI 54903

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DANTE R. VOSS,

        Plaintiff,

v.                                  Case No. 19-CV-790

KEVIN A. CARR,

        Defendant.

## DECLARATION OF INMATE FILING

I, Dante R. Voss, am an inmate confined at Oshkosh Corr. Inst. in Oshkosh, WI. Today, April 13, 2020, I delivered a Notice of Appeal in this case to Ms. Rebecca Schafer for E-Filing using the Court's CM/ECF System.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of April, 2020.

                                                       /s/ Dante Voss
                                                       Dante Voss